# Exhibit 4

| USRE47642E1 | OvenMedia Labs: OvenMediaEngine (“The accused instrumentality”) |
|---|---|
| 22. A method of providing digital enabling information to a receiver station from a first remote source, said digital enabling information for use at the receiver station in decrypting a mass medium program presentation, said method comprising the steps of: | The accused instrumentality practices a method of providing digital enabling information (e.g., DRM license decryption key) to a receiver station (e.g., client device enabled with the accused instrumentality) from a first remote source (e.g., DRM server component), said digital enabling information (e.g., DRM license decryption key) for use at the receiver station (e.g., client device enabled with the accused instrumentality) in decrypting a mass medium program presentation (e.g., decrypting video).<br><br>As shown below, the accused instrumentality uses the DoveRunner Multi-DRM service for live broadcasting or video-on-demand service on its client devices. DoveRunner provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. The DRM license server authenticates the user, and upon successful authentication, it retrieves the decryption key and sends the license response including decryption key to the client. The decryption key is stored by the client device and then used to decrypt the video for playback and display it to the user. |

| | |
|---|---|
| | <br><br>https://ovenmedialabs.com/ome.html<br><br>OvenMediaEngine ↗ (OME) is a **Sub-Second Latency Live Streaming Server** with **Large-Scale** and **High-Definition**. With OME, you can create platforms/services/systems that transmit high-definition video to hundreds-thousand viewers with sub-second latency and be scalable, depending on the number of concurrent viewers.<br>https://docs.ovenmediaengine.com/ |

| | |
|---|---|
| | OvenMediaEngine can receive a video/audio, video, or audio source from encoders and cameras such as OvenLiveKit, OBS, XSplit, and more, to WebRTC, SRT, RTMP, MPEG-2 TS, and RTSP as Input. Then, OME transmits this source using **LLHLS** (Low Latency HLS) and **WebRTC** as output. Also, we provide OvenPlayer, an Open-Source and JavaScript-based WebRTC/LLHLS Player for OvenMediaEngine.<br><br>Our goal is to make it easier for you to build a stable broadcasting/streaming service with sub-second latency.<br>https://docs.ovenmediaengine.com/<br><br>OvenMediaEngine integrates with Pallycon, allowing you to more easily apply DRM to LLHLS streams.<br><br>https://docs.ovenmediaengine.com/streaming/low-latency-hls#pallycon-drm<br><br>**INKA Entworks, AppSealing and PallyCon Announce Rebranding and Name Change to DoveRunner**<br><br>https://doverunner.com/press-release/inka-entworks-appsealing-and-pallycon-announce-rebranding-and-name-change-to-doverunner/ |

<table>
<tr>
<td></td>
<td>
Multi-DRM acts as a unified layer that manages licensing and encryption for Widevine, FairPlay, and PlayReady, enabling seamless playback on Android, iOS, and Windows devices.<br><br>
https://doverunner.com/content-security/multi-drm/<br><br>

<br>
https://doverunner.com/content-security/multi-drm/
</td>
</tr>
</table>

| | |
|---|---|
| |   https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | <br>https://doverunner.com/blogs/multi-drm-client-integration/<br><br>DoveRunner Multi DRM service is a cloud-based SaaS (Software as a Service) which consists of packaging solutions that apply DRM to contents, DRM license issuance service, and client solutions for DRM contents playback.<br> |

| | |
|---|---|
| | https://docs.doverunner.com/content-security/multi-drm/getting-started/drm-concepts/ <br><br> **DoveRunner multi-DRM license** <br> DoveRunner multi-DRM license is a cloud-agnostic SaaS service built on AWS and provides content key management and license issuance for PlayReady, Widevine Modular, FairPlay Streaming, and NCG (Netsync Content Guard) DRM. It offers various integration options and flexibility to customers to manage keys, either through a callback gateway method or a token. <br><br>   <br> The above diagram illustrates the working of the DoveRunner multi-DRM solution. <br><br> DoveRunner SDK requests licensing information to the DoveRunner multi-DRM server, which then authenticates the callback page and issues a license corresponding to the device's DRM. The Callback page serves as the mechanism to apply playback and content policies. <br><br> https://doverunner.com/blogs/multi-drm-antidote-to-video-piracy/ |

| | |
|---|---|
| | *The DRM license consists of* ***the key used for encryption*** *when packaging the content and* ***the usage rights information*** *for that content (playback period, offline playability, security level, etc.). To ensure that the key value used to decrypt content is not compromised and the usage rights are not tampered, the DRM license data is also encrypted and protected with a client device's unique key.*<br><br>**DRM license integration method**<br><br>Before the DRM license server can process license requests from client devices, you must first ensure that the user has permission to use the content. To this end, most DRM solutions / services support integration methods with the system of content services as below.<br><br>https://doverunner.com/blogs/multi-drm-client-integration/<br><br>In order for the client to play DRM-applied content, a license must be obtained from the DRM server. A DRM license consists of a cryptographic key used to decrypt content and usage control information (such as duration and supported environment). DoveRunner supports token and proxy method according to the way of checking user's rights during license issuance process.<br><br>https://docs.doverunner.com/content-security/multi-drm/getting-started/drm-concepts/ |

| | |
|---|---|
| | • **Key Distribution/Storage**<br>There are two different ways in which DRM is implemented for securing digital content. It is first applied in the packager for encrypting the content and then for decrypting the content to enable it to be streamed by paid users.<br><br>1. **Packager Encryption-**<br>The packager requests for an encryption key from the DRM system for encrypting content. The generated encryption key is linked to the content ID. The packager then uses the key for encrypting and re-packaging the content.<br><br>2. **Client Decryption-**<br>When a paid user requests for particular content, it first needs to be decrypted so that the user can play the content. A decryption key for the content ID linked to the content is requested from the DRM system.<br><br>https://doverunner.com/blogs/securing-ott-content-with-multi-drm-and-forensic-watermarking/ |

## How does the DRM Encryption Work?

DRM content encryption is a multi-step process that ensures digital content remains protected from unauthorized access, from distribution to consumption. Here's a detailed breakdown of how it works:

1. **Content Encoding and Encryption**
   The first step in DRM content encryption is encoding the content using advanced encryption algorithms. Whether it's a video, audio file, eBook, or any other digital asset, DRM software encrypts the file to make it unreadable without proper authorization. This prevents unauthorized users from accessing or distributing the content. Only those with the correct decryption key—typically linked to a verified account, subscription, or licensing agreement—can unlock and view the content.
2. **Key Management System**
   A robust key management system is crucial for DRM encryption. Each piece of content has a unique decryption key, securely stored on a DRM provider's server. When a user tries to access encrypted content, the DRM system verifies their credentials and permissions before granting access to the key. This prevents unauthorized users from retrieving decryption keys and ensures content security.**Key management also includes:**
   - Generating unique decryption keys for each piece of content.
   - Storing and protecting keys on a secure server.
   - Preventing key leaks by never exposing private keys directly to users.

https://doverunner.com/blogs/what-is-drm-encryption/

<table>
<tr>
<td></td>
<td>
3. User Authentication and Access Control<br>
Before allowing access, the DRM system checks if the user has the necessary rights. Authentication is based on several factors, including:<br>
• Login credentials (username, password, or biometric authentication).<br>
• Subscription or purchase validation (ensuring the user has paid for access).<br>
• Geographic restrictions (some content may only be accessible in certain regions).<br>
• Device authorization (allowing only registered devices to play the content).<br>
Only when all requirements are met does the system allow access to the decryption key, ensuring that content is only available to authorized users.<br>
4. Decryption and Secure Playback<br>
Once authenticated, the DRM system temporarily allows the user's device to decrypt the content. This decryption process typically happens locally on the device, ensuring that the user can watch or use the content without actually receiving the decryption key itself.<br>
https://doverunner.com/blogs/what-is-drm-encryption/<br>
<br>
How Does Digital Rights Management (DRM) Work?<br>
Think of DRM as a digital lock around your content. Only users with the right key (license) can open and view it.<br>
Here's how multi-DRM integration works under the hood:<br>
1. Encryption<br>
Before distribution, the content is encrypted using DRM-compatible algorithms. This process converts the original media into an unreadable format that can only be decrypted and played using a valid license (decryption key).<br>
2. License Generation<br>
When a user attempts to play the content, their device sends a license request to the DRM license server. If all conditions, such as a valid subscription, geographic eligibility, and device compatibility, are met, then the server responds with a license containing the decryption key.<br>
3. Authentication & Authorization<br>
The DRM system verifies the identity of the user and the device to ensure they are authorized to access the content. These checks may include verifying login status, device ID, IP address, etc which is handled seamlessly in the background.<br>
https://doverunner.com/content-security/multi-drm/
</td>
</tr>
</table>

| | |
|---|---|
| | **4. Secure Playback**<br>Once the license is received, the content is decrypted and played within a secure, trusted environment such as a DRM-compatible web browser, mobile app, or smart TV, ensuring that the content cannot be intercepted, copied, or tampered with.<br>https://doverunner.com/content-security/multi-drm/<br><br>**How DoveRunner DRM License Cipher Works**<br>1. License Request Encryption:<br>• When a client application (either on Android or web) requests a DRM license, the request data is encrypted using the WBC library.<br>• This encryption ensures the authentication of the client application, confirming that the request is coming from a legitimate source.<br>2. Authentication of Client Application:<br>• The DoveRunner License Server processes the encrypted license request data to verify the authenticity of the client application.<br>• Only authenticated and authorized applications receive the DRM license, preventing unauthorized clients and key extraction tools from obtaining the license.<br>3. DRM License Issuance:<br>• Upon successful authentication, the DRM license is issued to the legitimate client application.<br>• The issued DRM license itself is not encrypted by the License Cipher solution, as the primary goal is to ensure that licenses are granted only to authorized clients.<br>4. Decryption Key Usage:<br>• Once the DRM license is issued, the application can use the keys provided in the license to decrypt and play the DRM-protected content.<br>https://doverunner.com/blogs/addressing-drm-software-vulnerabilities-with-doverunner-license-cipher-solution/ |

| | |
|---|---|
| | DRM protection starts before playback even begins:<br><br>**1. Encryption:**<br>The content is encrypted before distribution, rendering it unreadable without a valid decryption key.<br><br>**2. License Request:**<br>When a user clicks "Play," the media player generates a license request and sends it to the DRM license server.<br><br>**3. License Response:**<br>The DRM server authenticates the request and returns a license that contains the decryption key.<br><br>**4. Decryption:**<br>The media player hands the key to the Content Decryption Module (CDM) or the platform's secure hardware, which decrypts the content.<br><br>https://doverunner.com/blogs/what-is-drm-protected-content/ |
| storing digital enabling information at said first remote source; | The accused instrumentality practices storing digital enabling information (e.g., DRM license key) at said first remote source (e.g., DRM server component).<br><br>As shown below, the accused instrumentality uses the DoveRunner Multi-DRM service for live broadcasting or video-on-demand service on its client devices. DoveRunner provides digital content protection by encrypting the video content using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. |

| | |
|---|---|
| | OvenMediaEngine integrates with Pallycon ↗, allowing you to more easily apply DRM to LLHLS streams.<br><br>https://docs.ovenmediaengine.com/streaming/low-latency-hls#pallycon-drm<br><br>**INKA Entworks, AppSealing and PallyCon Announce Rebranding and Name Change to DoveRunner**<br><br>https://doverunner.com/press-release/inka-entworks-appsealing-and-pallycon-announce-rebranding-and-name-change-to-doverunner/<br><br>Multi-DRM acts as a unified layer that manages licensing and encryption for Widevine, FairPlay, and PlayReady, enabling seamless playback on Android, iOS, and Windows devices.<br><br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | <br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | DoveRunner Multi DRM service is a cloud-based SaaS (Software as a Service) which consists of packaging solutions that apply DRM to contents, DRM license issuance service, and client solutions for DRM contents playback.<br><br><br>https://docs.doverunner.com/content-security/multi-drm/getting-started/drm-concepts/<br><br>DRM content encryption is a technology that keeps digital video content safe by making sure it is stored and shared in a secure encrypted format. This means that only people or devices with proper authorization can unlock and watch it. This is crucial for content creators, media companies, and streaming platforms to prevent piracy and unauthorized access to copyrighted content.<br><br>DRM content encryption happens when DRM software is used to send video content, whether within an organization or to external users. Once the content is transmitted, it gets locked with encryption, ensuring that only those with proper authorization can access and view it.<br><br>Encryption is a core function of DRM, playing a crucial role in protecting digital content. It relies on advanced encryption algorithms and key management systems to safeguard intellectual property and copyrighted material, preventing unauthorized access or distribution. |

| | |
|---|---|
| | https://doverunner.com/blogs/what-is-drm-encryption/<br><br>**How Does Digital Rights Management (DRM) Work?**<br><br>Think of DRM as a digital lock around your content. Only users with the right key (license) can open and view it.<br><br>Here's how multi-DRM integration works under the hood:<br><br>**1. Encryption**<br>Before distribution, the content is encrypted using DRM-compatible algorithms. This process converts the original media into an unreadable format that can only be decrypted and played using a valid license (decryption key).<br><br>https://doverunner.com/content-security/multi-drm/<br><br>*The DRM license consists of **the key used for encryption** when packaging the content and **the usage rights information** for that content (playback period, offline playability, security level, etc.). To ensure that the key value used to decrypt content is not compromised and the usage rights are not tampered, the DRM license data is also encrypted and protected with a client device's unique key.*<br><br>**DRM license integration method**<br><br>Before the DRM license server can process license requests from client devices, you must first ensure that the user has permission to use the content. To this end, most DRM solutions / services support integration methods with the system of content services as below.<br><br>https://doverunner.com/blogs/multi-drm-client-integration/ |

| | |
|---|---|
| | It is an AES256 key used to encrypt data in various processes of DoveRunner service integration. When a site ID is created, a unique key for the site is automatically generated.<br><br>https://docs.doverunner.com/content-security/multi-drm/getting-started/drm-concepts/<br><br>• **Key Distribution/Storage**<br>There are two different ways in which DRM is implemented for securing digital content. It is first applied in the packager for encrypting the content and then for decrypting the content to enable it to be streamed by paid users.<br><br>1. **Packager Encryption-**<br>The packager requests for an encryption key from the DRM system for encrypting content. The generated encryption key is linked to the content ID. The packager then uses the key for encrypting and re-packaging the content.<br><br>2. **Client Decryption-**<br>When a paid user requests for particular content, it first needs to be decrypted so that the user can play the content. A decryption key for the content ID linked to the content is requested from the DRM system.<br><br>https://doverunner.com/blogs/securing-ott-content-with-multi-drm-and-forensic-watermarking/ |

| | |
|---|---|
| | **How does the DRM Encryption Work?**<br>DRM content encryption is a multi-step process that ensures digital content remains protected from unauthorized access, from distribution to consumption. Here's a detailed breakdown of how it works:<br>1. **Content Encoding and Encryption**<br>The first step in DRM content encryption is encoding the content using advanced encryption algorithms. Whether it's a video, audio file, eBook, or any other digital asset, DRM software encrypts the file to make it unreadable without proper authorization. This prevents unauthorized users from accessing or distributing the content. Only those with the correct decryption key—typically linked to a verified account, subscription, or licensing agreement—can unlock and view the content.<br>2. **Key Management System**<br>A robust key management system is crucial for DRM encryption. Each piece of content has a unique decryption key, securely stored on a DRM provider's server. When a user tries to access encrypted content, the DRM system verifies their credentials and permissions before granting access to the key. This prevents unauthorized users from retrieving decryption keys and ensures content security.**Key management also includes:**<br>• Generating unique decryption keys for each piece of content.<br>• Storing and protecting keys on a secure server.<br>• Preventing key leaks by never exposing private keys directly to users.<br>https://doverunner.com/blogs/what-is-drm-encryption/ |
| receiving at said first remote source a query from said receiver station; | The accused instrumentality practices receiving at said first remote source (e.g., DRM server component) a query (e.g., a license request to retrieve DRM license decryption key) from said receiver station (e.g., client device enabled with the accused instrumentality).<br><br>As shown below, the accused instrumentality uses the DoveRunner Multi-DRM service for |

live broadcasting or video-on-demand service on its client devices. DoveRunner provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback.

OvenMediaEngine integrates with Pallycon ↗, allowing you to more easily apply DRM to LLHLS streams.

https://docs.ovenmediaengine.com/streaming/low-latency-hls#pallycon-drm

# INKA Entworks, AppSealing and PallyCon Announce Rebranding and Name Change to DoveRunner

https://doverunner.com/press-release/inka-entworks-appsealing-and-pallycon-announce-rebranding-and-name-change-to-doverunner/

Multi-DRM acts as a unified layer that manages licensing and encryption for Widevine, FairPlay, and PlayReady, enabling seamless playback on Android, iOS, and Windows devices.

https://doverunner.com/content-security/multi-drm/

| | |
|---|---|
| | <br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | <br>https://doverunner.com/content-security/multi-drm/ |




https://doverunner.com/blogs/multi-drm-client-integration/

DoveRunner Multi DRM service is a cloud-based SaaS (Software as a Service) which consists of packaging solutions that apply DRM to contents, DRM license issuance service, and client solutions for DRM contents playback.



| | |
|---|---|
| | https://docs.doverunner.com/content-security/multi-drm/getting-started/drm-concepts/<br><br>**How Does Digital Rights Management (DRM) Work?**<br><br>Think of DRM as a digital lock around your content. Only users with the right key (license) can open and view it.<br><br>Here's how multi-DRM integration works under the hood:<br><br>**1. Encryption**<br>Before distribution, the content is encrypted using DRM-compatible algorithms. This process converts the original media into an unreadable format that can only be decrypted and played using a valid license (decryption key).<br><br>**2. License Generation**<br>When a user attempts to play the content, their device sends a license request to the DRM license server. If all conditions, such as a valid subscription, geographic eligibility, and device compatibility, are met, then the server responds with a license containing the decryption key.<br><br>**3. Authentication & Authorization**<br>The DRM system verifies the identity of the user and the device to ensure they are authorized to access the content. These checks may include verifying login status, device ID, IP address, etc which is handled seamlessly in the background.<br><br>https://doverunner.com/content-security/multi-drm/<br><br>Web browsers that support HTML5's **Encrypted Media Extension (EME)** standard can play multi-DRM content through the Content Decryption Module (CDM) provided by each OS and browser. (Ref.)<br><br>Open source HTML5 players, such as Shaka Player and VideoJS, and most commercial players, such as Bitmovin and THEOplayer, provide the APIs needed to integrate multi-DRM licenses.<br><br>You can configure DRM-supported HTML5 players with a DRM license URL and license request data (CustomData) as well as the URL of DRM content (DASH .mpd or HLS .m3u8 address) to play.<br><br>https://doverunner.com/blogs/multi-drm-client-integration/ |

| | |
|---|---|
| | **DoveRunner multi-DRM license**<br>DoveRunner multi-DRM license is a cloud-agnostic SaaS service built on AWS and provides content key management and license issuance for PlayReady, Widevine Modular, FairPlay Streaming, and NCG (Netsync Content Guard) DRM. It offers various integration options and flexibility to customers to manage keys, either through a callback gateway method or a token.<br><br><br>The above diagram illustrates the working of the DoveRunner multi-DRM solution.<br>DoveRunner SDK requests licensing information to the DoveRunner multi-DRM server, which then authenticates the callback page and issues a license corresponding to the device's DRM. The Callback page serves as the mechanism to apply playback and content policies.<br>https://doverunner.com/blogs/multi-drm-antidote-to-video-piracy/ |
| transmitting said digital enabling information which is effective to enable decryption from said first remote source | The accused instrumentality practices transmitting (e.g., sending) said digital enabling information (e.g., DRM license decryption key) which is effective to enable decryption (e.g., decrypting video) from said first remote source (e.g., DRM server component) to said receiver station (e.g., client device enabled with the accused instrumentality) in response to said step of receiving said query (e.g., a request to retrieve DRM license |

| | |
|---|---|
| to said receiver station in response to said step of receiving said query, said receiver station storing at least some of said transmitted enabling information; | decryption key), said receiver station (e.g., client device enabled with the accused instrumentality) storing at least some of said transmitted enabling information (e.g., keys, licenses, etc.).<br><br>As shown below, the accused instrumentality uses the DoveRunner Multi-DRM service for live broadcasting or video-on-demand service on its client devices. DoveRunner provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. The DRM license server authenticates the user, and upon successful authentication, it retrieves the decryption key and sends the license response including decryption key to the client. The decryption key is stored by the client device and then used to decrypt the video for playback and display it to the user.<br><br>OvenMediaEngine integrates with Pallycon ↗, allowing you to more easily apply DRM to LLHLS streams.<br><br>https://docs.ovenmediaengine.com/streaming/low-latency-hls#pallycon-drm |

| | |
|---|---|
| | **INKA Entworks, AppSealing and PallyCon Announce Rebranding and Name Change to DoveRunner**<br><br>https://doverunner.com/press-release/inka-entworks-appsealing-and-pallycon-announce-rebranding-and-name-change-to-doverunner/<br><br>Multi-DRM acts as a unified layer that manages licensing and encryption for Widevine, FairPlay, and PlayReady, enabling seamless playback on Android, iOS, and Windows devices.<br><br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | <br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | <br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | <br>https://doverunner.com/blogs/multi-drm-client-integration/<br><br>DoveRunner Multi DRM service is a cloud-based SaaS (Software as a Service) which consists of packaging solutions that apply DRM to contents, DRM license issuance service, and client solutions for DRM contents playback.<br><br> |

https://docs.doverunner.com/content-security/multi-drm/getting-started/drm-concepts/

## DoveRunner multi-DRM license

DoveRunner multi-DRM license is a cloud-agnostic SaaS service built on AWS and provides content key management and license issuance for PlayReady, Widevine Modular, FairPlay Streaming, and NCG (Netsync Content Guard) DRM. It offers various integration options and flexibility to customers to manage keys, either through a callback gateway method or a token.




The above diagram illustrates the working of the DoveRunner multi-DRM solution.

DoveRunner SDK requests licensing information to the DoveRunner multi-DRM server, which then authenticates the callback page and issues a license corresponding to the device's DRM. The Callback page serves as the mechanism to apply playback and content policies.

https://doverunner.com/blogs/multi-drm-antidote-to-video-piracy/

| | |
|---|---|
| | *The DRM license consists of **the key used for encryption** when packaging the content and **the usage rights information** for that content (playback period, offline playability, security level, etc.). To ensure that the key value used to decrypt content is not compromised and the usage rights are not tampered, the DRM license data is also encrypted and protected with a client device's unique key.*<br><br>**DRM license integration method**<br>Before the DRM license server can process license requests from client devices, you must first ensure that the user has permission to use the content. To this end, most DRM solutions / services support integration methods with the system of content services as below.<br><br>https://doverunner.com/blogs/multi-drm-client-integration/<br><br>In order for the client to play DRM-applied content, a license must be obtained from the DRM server. A DRM license consists of a cryptographic key used to decrypt content and usage control information (such as duration and supported environment). DoveRunner supports token and proxy method according to the way of checking user's rights during license issuance process.<br><br>https://docs.doverunner.com/content-security/multi-drm/getting-started/drm-concepts/ |

| | |
|---|---|
| | • **Key Distribution/Storage**<br>There are two different ways in which DRM is implemented for securing digital content. It is first applied in the packager for encrypting the content and then for decrypting the content to enable it to be streamed by paid users.<br>1. **Packager Encryption-**<br>The packager requests for an encryption key from the DRM system for encrypting content. The generated encryption key is linked to the content ID. The packager then uses the key for encrypting and re-packaging the content.<br>2. **Client Decryption-**<br>When a paid user requests for particular content, it first needs to be decrypted so that the user can play the content. A decryption key for the content ID linked to the content is requested from the DRM system.<br>https://doverunner.com/blogs/securing-ott-content-with-multi-drm-and-forensic-watermarking/ |

| | |
|---|---|
| | **How does the DRM Encryption Work?**<br><br>DRM content encryption is a multi-step process that ensures digital content remains protected from unauthorized access, from distribution to consumption. Here's a detailed breakdown of how it works:<br><br>1. **Content Encoding and Encryption**<br>The first step in DRM content encryption is encoding the content using advanced encryption algorithms. Whether it's a video, audio file, eBook, or any other digital asset, DRM software encrypts the file to make it unreadable without proper authorization. This prevents unauthorized users from accessing or distributing the content. Only those with the correct decryption key—typically linked to a verified account, subscription, or licensing agreement—can unlock and view the content.<br>2. **Key Management System**<br>A robust key management system is crucial for DRM encryption. Each piece of content has a unique decryption key, securely stored on a DRM provider's server. When a user tries to access encrypted content, the DRM system verifies their credentials and permissions before granting access to the key. This prevents unauthorized users from retrieving decryption keys and ensures content security.**Key management also includes:**<br>• Generating unique decryption keys for each piece of content.<br>• Storing and protecting keys on a secure server.<br>• Preventing key leaks by never exposing private keys directly to users.<br><br>https://doverunner.com/blogs/what-is-drm-encryption/ |

| | |
|---|---|
| | 3. **User Authentication and Access Control**<br>Before allowing access, the DRM system checks if the user has the necessary rights. Authentication is based on several factors, including:<br>• Login credentials (username, password, or biometric authentication).<br>• Subscription or purchase validation (ensuring the user has paid for access).<br>• Geographic restrictions (some content may only be accessible in certain regions).<br>• Device authorization (allowing only registered devices to play the content).<br>Only when all requirements are met does the system allow access to the decryption key, ensuring that content is only available to authorized users.<br>4. **Decryption and Secure Playback**<br>Once authenticated, the DRM system temporarily allows the user's device to decrypt the content. This decryption process typically happens locally on the device, ensuring that the user can watch or use the content without actually receiving the decryption key itself.<br>https://doverunner.com/blogs/what-is-drm-encryption/<br><br>**How Does Digital Rights Management (DRM) Work?**<br>Think of DRM as a digital lock around your content. Only users with the right key (license) can open and view it.<br>Here's how multi-DRM integration works under the hood:<br>**1. Encryption**<br>Before distribution, the content is encrypted using DRM-compatible algorithms. This process converts the original media into an unreadable format that can only be decrypted and played using a valid license (decryption key).<br>**2. License Generation**<br>When a user attempts to play the content, their device sends a license request to the DRM license server. If all conditions, such as a valid subscription, geographic eligibility, and device compatibility, are met, then the server responds with a license containing the decryption key.<br>**3. Authentication & Authorization**<br>The DRM system verifies the identity of the user and the device to ensure they are authorized to access the content. These checks may include verifying login status, device ID, IP address, etc. which is handled seamlessly in the background.<br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | **4. Secure Playback**<br>Once the license is received, the content is decrypted and played within a secure, trusted environment such as a DRM-compatible web browser, mobile app, or smart TV, ensuring that the content cannot be intercepted, copied, or tampered with.<br>https://doverunner.com/content-security/multi-drm/<br><br>**How DoveRunner DRM License Cipher Works**<br>1. License Request Encryption:<br>• When a client application (either on Android or web) requests a DRM license, the request data is encrypted using the WBC library.<br>• This encryption ensures the authentication of the client application, confirming that the request is coming from a legitimate source.<br>2. Authentication of Client Application:<br>• The DoveRunner License Server processes the encrypted license request data to verify the authenticity of the client application.<br>• Only authenticated and authorized applications receive the DRM license, preventing unauthorized clients and key extraction tools from obtaining the license.<br>3. DRM License Issuance:<br>• Upon successful authentication, the DRM license is issued to the legitimate client application.<br>• The issued DRM license itself is not encrypted by the License Cipher solution, as the primary goal is to ensure that licenses are granted only to authorized clients.<br>4. Decryption Key Usage:<br>• Once the DRM license is issued, the application can use the keys provided in the license to decrypt and play the DRM-protected content.<br>https://doverunner.com/blogs/addressing-drm-software-vulnerabilities-with-doverunner-license-cipher-solution/ |

| | |
|---|---|
| | DRM protection starts before playback even begins:<br><br>**1. Encryption:**<br>The content is encrypted before distribution, rendering it unreadable without a valid decryption key.<br><br>**2. License Request:**<br>When a user clicks "Play," the media player generates a license request and sends it to the DRM license server.<br><br>**3. License Response:**<br>The DRM server authenticates the request and returns a license that contains the decryption key.<br><br>**4. Decryption:**<br>The media player hands the key to the Content Decryption Module (CDM) or the platform's secure hardware, which decrypts the content.<br><br>https://doverunner.com/blogs/what-is-drm-protected-content/ |

| | |
|---|---|
| | When a request is made to watch DRM-protected content, the user's media player will need DRM-specific license information. DRM licensing business logic implementation should be in place to guide an appropriate action by the licensing architecture.<br><br>This information typically consists of the following pieces of information, also known as metadata:<br><br>• **Content Key** – the key used to encrypt and decrypt the content, usually done using an algorithm.<br>• **Playback duration** – frequency of DRM-protected content playback<br>• **License type** – A license may be persistent, in which case no further DRM license requests are required after the first one is made. Alternatively, a license request is made each time the content is requested for playback by the client.<br><br>The license contains a content decryption key in an encrypted format with some rules on how to use the content. The client player evaluates the rules and policies contained in the license. The client may be hardened via software/hardware against tampering and ensures that the content decryption key is released only to trusted playback systems.<br><br>https://doverunner.com/blogs/multi-drm-antidote-to-video-piracy/<br><br>The `createSession` method takes a parameter that will tell if the current session of deciphering would be temporary or persistent. Indeed, some licenses distributed by the server could contain persistent keys that the CDM can reuse for later usage. The CDM store those reusable keys in safe local storage on the machine. However, this feature requires a higher level of<br><br>https://medium.com/@RossetPaul/encrypted-media-extension-eme-api-watching-protected-video-content-on-the-web-1ac7b175c92d |

| | |
|---|---|
| transmitting from a second remote source to said receiver station an encrypted digital mass medium presentation signal which is decrypted on the basis of said stored at least some of said digital enabling information to present said mass medium programming presentation. | The accused instrumentality practices transmitting (e.g., sending) from a second remote source (e.g., content providers, etc.) to said receiver station (e.g., client device enabled with the accused instrumentality) an encrypted digital mass medium presentation signal (e.g., encrypted video) which is decrypted on the basis of said stored at least some of said digital enabling information (e.g., DRM license decryption key) to present said mass medium programming presentation (e.g., displaying and playing the video on the client device).<br><br>As shown below, the accused instrumentality uses the DoveRunner Multi-DRM service for live broadcasting or video-on-demand service on its client devices. DoveRunner provides digital content protection by encrypting the video content using encryption keys. The player of the accused instrumentality receives an encrypted video from the video source. When a player attempts to play a video, it detects that the content is encrypted using encryption keys. Each video is encrypted with an encryption key that is generated during encryption, and the key is further stored in the DRM server. The player sends the license request to the DRM license server to request the corresponding decryption key required for playback. The DRM license server authenticates the user, and upon successful authentication, it retrieves the decryption key and sends the license response including decryption key to the client. The decryption key is stored by the client device and then used to decrypt the video for playback and display it to the user.<br><br>OvenMediaEngine integrates with Pallycon ↗, allowing you to more easily apply DRM to LLHLS streams.<br><br>https://docs.ovenmediaengine.com/streaming/low-latency-hls#pallycon-drm |

| | |
|---|---|
| | **INKA Entworks, AppSealing and PallyCon Announce Rebranding and Name Change to DoveRunner**<br><br>https://doverunner.com/press-release/inka-entworks-appsealing-and-pallycon-announce-rebranding-and-name-change-to-doverunner/<br><br>Multi-DRM acts as a unified layer that manages licensing and encryption for Widevine, FairPlay, and PlayReady, enabling seamless playback on Android, iOS, and Windows devices.<br><br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | <br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | <br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| |  <br>https://doverunner.com/blogs/multi-drm-client-integration/<br><br>DoveRunner Multi DRM service is a cloud-based SaaS (Software as a Service) which consists of packaging solutions that apply DRM to contents, DRM license issuance service, and client solutions for DRM contents playback.<br><br>  |

https://docs.doverunner.com/content-security/multi-drm/getting-started/drm-concepts/

## DoveRunner multi-DRM license

DoveRunner multi-DRM license is a cloud-agnostic SaaS service built on AWS and provides content key management and license issuance for PlayReady, Widevine Modular, FairPlay Streaming, and NCG (Netsync Content Guard) DRM. It offers various integration options and flexibility to customers to manage keys, either through a callback gateway method or a token.




The above diagram illustrates the working of the DoveRunner multi-DRM solution.

DoveRunner SDK requests licensing information to the DoveRunner multi-DRM server, which then authenticates the callback page and issues a license corresponding to the device's DRM. The Callback page serves as the mechanism to apply playback and content policies.

https://doverunner.com/blogs/multi-drm-antidote-to-video-piracy/

| | |
|---|---|
| | *The DRM license consists of* ***the key used for encryption*** *when packaging the content and* ***the usage rights information*** *for that content (playback period, offline playability, security level, etc.). To ensure that the key value used to decrypt content is not compromised and the usage rights are not tampered, the DRM license data is also encrypted and protected with a client device's unique key.*<br><br>**DRM license integration method**<br><br>Before the DRM license server can process license requests from client devices, you must first ensure that the user has permission to use the content. To this end, most DRM solutions / services support integration methods with the system of content services as below.<br><br>https://doverunner.com/blogs/multi-drm-client-integration/<br><br>In order for the client to play DRM-applied content, a license must be obtained from the DRM server. A DRM license consists of a cryptographic key used to decrypt content and usage control information (such as duration and supported environment). DoveRunner supports token and proxy method according to the way of checking user's rights during license issuance process.<br><br>https://docs.doverunner.com/content-security/multi-drm/getting-started/drm-concepts/ |

| | |
|---|---|
| | • **Key Distribution/Storage**<br>There are two different ways in which DRM is implemented for securing digital content. It is first applied in the packager for encrypting the content and then for decrypting the content to enable it to be streamed by paid users.<br><br>1. **Packager Encryption-**<br>The packager requests for an encryption key from the DRM system for encrypting content. The generated encryption key is linked to the content ID. The packager then uses the key for encrypting and re-packaging the content.<br><br>2. **Client Decryption-**<br>When a paid user requests for particular content, it first needs to be decrypted so that the user can play the content. A decryption key for the content ID linked to the content is requested from the DRM system.<br><br>https://doverunner.com/blogs/securing-ott-content-with-multi-drm-and-forensic-watermarking/<br><br>**Key Components of a DRM System :**<br><br>**1. Content Provider**<br>The originator or distributor of the digital content. For example author, publisher, music label, video streaming service.<br><br>https://doverunner.com/blogs/what-is-drm-protected-content/ |

| | |
|---|---|
| | **How does the DRM Encryption Work?**<br>DRM content encryption is a multi-step process that ensures digital content remains protected from unauthorized access, from distribution to consumption. Here's a detailed breakdown of how it works:<br>1. **Content Encoding and Encryption**<br>The first step in DRM content encryption is encoding the content using advanced encryption algorithms. Whether it's a video, audio file, eBook, or any other digital asset, DRM software encrypts the file to make it unreadable without proper authorization. This prevents unauthorized users from accessing or distributing the content. Only those with the correct decryption key—typically linked to a verified account, subscription, or licensing agreement—can unlock and view the content.<br>2. **Key Management System**<br>A robust key management system is crucial for DRM encryption. Each piece of content has a unique decryption key, securely stored on a DRM provider's server. When a user tries to access encrypted content, the DRM system verifies their credentials and permissions before granting access to the key. This prevents unauthorized users from retrieving decryption keys and ensures content security.**Key management also includes:**<br>• Generating unique decryption keys for each piece of content.<br>• Storing and protecting keys on a secure server.<br>• Preventing key leaks by never exposing private keys directly to users.<br>https://doverunner.com/blogs/what-is-drm-encryption/ |

| | |
|---|---|
| | 3. **User Authentication and Access Control**<br>Before allowing access, the DRM system checks if the user has the necessary rights. Authentication is based on several factors, including:<br>• Login credentials (username, password, or biometric authentication).<br>• Subscription or purchase validation (ensuring the user has paid for access).<br>• Geographic restrictions (some content may only be accessible in certain regions).<br>• Device authorization (allowing only registered devices to play the content).<br>Only when all requirements are met does the system allow access to the decryption key, ensuring that content is only available to authorized users.<br>4. **Decryption and Secure Playback**<br>Once authenticated, the DRM system temporarily allows the user's device to decrypt the content. This decryption process typically happens locally on the device, ensuring that the user can watch or use the content without actually receiving the decryption key itself.<br>https://doverunner.com/blogs/what-is-drm-encryption/<br><br>**How Does Digital Rights Management (DRM) Work?**<br>Think of DRM as a digital lock around your content. Only users with the right key (license) can open and view it.<br>Here's how multi-DRM integration works under the hood:<br>**1. Encryption**<br>Before distribution, the content is encrypted using DRM-compatible algorithms. This process converts the original media into an unreadable format that can only be decrypted and played using a valid license (decryption key).<br>**2. License Generation**<br>When a user attempts to play the content, their device sends a license request to the DRM license server. If all conditions, such as a valid subscription, geographic eligibility, and device compatibility, are met, then the server responds with a license containing the decryption key.<br>**3. Authentication & Authorization**<br>The DRM system verifies the identity of the user and the device to ensure they are authorized to access the content. These checks may include verifying login status, device ID, IP address, etc which is handled seamlessly in the background.<br>https://doverunner.com/content-security/multi-drm/ |

| | |
|---|---|
| | **4. Secure Playback**<br>Once the license is received, the content is decrypted and played within a secure, trusted environment such as a DRM-compatible web browser, mobile app, or smart TV, ensuring that the content cannot be intercepted, copied, or tampered with.<br>https://doverunner.com/content-security/multi-drm/<br><br>**How DoveRunner DRM License Cipher Works**<br>1. License Request Encryption:<br>• When a client application (either on Android or web) requests a DRM license, the request data is encrypted using the WBC library.<br>• This encryption ensures the authentication of the client application, confirming that the request is coming from a legitimate source.<br>2. Authentication of Client Application:<br>• The DoveRunner License Server processes the encrypted license request data to verify the authenticity of the client application.<br>• Only authenticated and authorized applications receive the DRM license, preventing unauthorized clients and key extraction tools from obtaining the license.<br>3. DRM License Issuance:<br>• Upon successful authentication, the DRM license is issued to the legitimate client application.<br>• The issued DRM license itself is not encrypted by the License Cipher solution, as the primary goal is to ensure that licenses are granted only to authorized clients.<br>4. Decryption Key Usage:<br>• Once the DRM license is issued, the application can use the keys provided in the license to decrypt and play the DRM-protected content.<br>https://doverunner.com/blogs/addressing-drm-software-vulnerabilities-with-doverunner-license-cipher-solution/ |

| | |
|---|---|
| | DRM protection starts before playback even begins:<br><br>**1. Encryption:**<br>The content is encrypted before distribution, rendering it unreadable without a valid decryption key.<br><br>**2. License Request:**<br>When a user clicks "Play," the media player generates a license request and sends it to the DRM license server.<br><br>**3. License Response:**<br>The DRM server authenticates the request and returns a license that contains the decryption key.<br><br>**4. Decryption:**<br>The media player hands the key to the Content Decryption Module (CDM) or the platform's secure hardware, which decrypts the content.<br><br>https://doverunner.com/blogs/what-is-drm-protected-content/ |